# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 18-00620-WDK (KKx) | Date | January 10, 2019 |
|---|---|---|---|
| Title | United States of America v. Deborah Cotter | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | RS-4 01-10-19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff/Judgment Creditor: | Attorney Present for Defendant/Judgment Debtor: |
|---|---|
| Homan Mobasser | None |

**Proceedings:** **ORDER TO SHOW CAUSE**

Defendant and judgment debtor, Deborah Cotter is ordered to appear on **February 21, 2019, at 10:00 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why she should not be held in contempt of Court for her failure to attend a judgment debtor examination on January 10, 2019, 10:00 a.m.

cc: Deborah Cotter
    15981 Greyrock Street
    Victorville, CA 92395

Initials of Deputy Clerk: dts